# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ROGER GODWIN,

       Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                     13-cv-174-wmc

JOLIEN WATERMAN, MARY MILLER,
ELLEN RAY, KELLY TRUMM,
TROY HERMAN, TIM HAINES,
J.B. VANHOLLEN, SCOTT WALKER,
DAVID BURNETT and BURON COX,

       Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case under Fed. R. Civ. P. 41(b).

| /s/ | 6/10/2013 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |